UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN JONES,

    Plaintiff,

v.

LAC WARDEN, et al.,

    Defendants.

Case No. 17-cv-05567-HSG (PR)

**ORDER OF TRANSFER**

Plaintiff has filed a *pro se* civil rights action complaining of events at California State Prison–Los Angeles County ("CSP-LAC"). CSP-LAC is located in Los Angeles County within the venue of the Central District of California. *See* 28 U.S.C. § 84(c). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Central District, and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis or motion for appointment of counsel.

**IT IS SO ORDERED.**

Dated: 10/31/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge