JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN W. JONES,<br><br>                    Plaintiff,<br><br>          v.<br><br>LAC WARDEN, et al.,<br><br>                    Defendant. | Case No. 2:17-cv-08021-AG (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Dismissing Action for Failure to Prosecute, IT IS

HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 11/16/18

_____
HONORABLE ANDREW J. GUILFORD
United States District Judge